DAVID I. DAVIS v. JACOB GOODMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on the 8th

day of June, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.